IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLEN ELLYN PHARMACY, INC., <br> on behalf of plaintiff and <br> the class members defined herein, <br><br> Plaintiff, <br><br> v. <br><br> APOTHECA SUPPLY, INC., <br> and JOHN DOES 1-10, <br><br> Defendants. | 13-cv-8646 <br><br><br> Honorable Judge Zagel <br> Magistrate Judge Cox |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs.

Respectfully submitted,

**PLAINTIFF**

GLEN ELLYN PHARMACY, INC.

s/ *Dulijaza Clark*

By one of its attorneys

Dulijaza (Julie) Clark
Edelman, Combs, Latturner & Goodwin LLC
120 S. LaSalle St., 18th Fl.
Chicago, IL 60603
T: 312-739-4200
F: 312-419-0379

**DEFENDANT**

APOTHECA SUPPLY, INC.

s/ John R. Baggette, Jr.

By one of its attorneys

John R. Baggette, Jr.
Sirote & Permutt, PC
305 Church Street, Suite 800
Huntsville, AL 35801
T: 256-518-3668
F: 256-518-3681
jbaggette@sirote.com

**CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, certify that on April 9, 2014, I caused a true and accurate copy of the foregoing document to be served as indicated on the following parties:

*Via US Mail:*

    Apotheca Supply, Inc.
    3220 Highway 31, Building B
    Decatur, AL 35603

*Via Electronic Mail:*

    John R. Baggette, Jr.
    Sirote & Permutt, PC
    305 Church Street, Suite 800
    Huntsville, AL 35801
    T: 256-518-3668
    F: 256-518-3681
    jbaggette@sirote.com

                                              /s/ Dulijaza Clark
                                              Dulijaza (Julie) Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

2