## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Glen Ellyn Pharmacy, Inc.
                           Plaintiff,

v.                                                      Case No.: 1:13−cv−08646
                                                          Honorable James B. Zagel

Apotheca Supply, Inc., et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 10, 2014:

      MINUTE entry before the Honorable James B. Zagel: Pursuant to the parties' Stipulation to Dismiss [16], with respect to Plaintiff's individual claims against Defendant, the matter is dismissed with prejudice and with each party to bear its own costs and fees. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. All pending motions and deadlines are moot. Civil case terminated. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.